AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

4459 Manitou Way
San Diego, CA 92117

SEARCH WARRANT

CASE NUMBER: 07 MJ 2863

TO: Special Agent Heather A. Jackson         and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____Heather A. Jackson_____ who has reason to
                                                    Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
4459 Manitou Way, San Diego, CA 92117 [as more fully described in Attachment A]

in the _____Southern_____ District of _____California_____ there is now
concealed a certain person or property, namely (describe the person or property)
See Attachment B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __12/16/07__
                                                      Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this
warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a
copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or
property seized and promptly return this warrant to __BARBARA L. MAJOR__
as required by law.                                    U.S. MAGISTRATE JUDGE

__12/7/07 at 10:19 pm__                    at    __SAN DIEGO, CALIF.__
Date and Time Issued                              City and State

__BARBARA L. MAJOR__                              __[signature]__
Name and Title of Judicial Officer                Signature of Judicial Officer
U.S. MAGISTRATE JUDGE

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>12/7/2007 | DATE AND TIME WARRANT EXECUTED<br>12/8/2007  6:35 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>At residence. |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Peter M. Casey | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Please see attached.

**CERTIFICATION**

I swear that this Inventory is true and detailed account of the person or property taken by me on the warrant.

_____

Subcribed, sworn to, and returned before me this date.

_____Barbara L. Major_____   12/10/07
U.S. Judge or Magistrate            Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 266I-SD-70063

On (date) 12-8-2007

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Timothy Kalka
(Street Address) 4459 Manitou Way
(City) San Diego

Description of Item(s):

Room A Area
Desk -
- Miscellaneous Computer Disks
- Kyocera Mobile Phone
- Orange Clamp
- Various Documents to include bills, receipts, DMV records and lease agreement

Room A Area
Door
- 1 pair Flip Flops
- Nokia cell phone
- UC San Diego ID Cards and Access Badges (4 cards)
- Registration for 1983 Yamaha Motorcycle
- Bank of America Statement 10-26-2007
- Storage Etc late notice
- Various Computer Disks
- Nikon Digital Camera
- Wire Strippers
- Toshiba Laptop   Y2383889K and power cord
- Apple Powerbook G4 and power cord
- Lexmark 1100 Color printer
- 3 mini DV video cassettes
- 3 Zip Disks
- Various Wires

By: [signature]
(Signature)

Received From: No One Available to sign
(Signature)

FD-597 (Rev 8-11-94)                                                                      Page 2 of 5

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 266I-SD-70063

On (date) 12-08-2007

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Timothy Kalka
(Street Address) 4459 Nanitou Way
(City) San Diego

Description of Item(s): Room H Door Area
- 1 CPU Tower 32X Max IBM
- 4 rolls of tape
- 1 pair Asics Shoes
- Key Mold
- 1 pair black slippers

Room D
- Miscellaneous Computer Disks and DVD Drive
- Miscellaneous Bank Documents and receipts
- 1 Box with legal size envelopes
- 3 hand tools
- 1 light weight backpack stove Coleman

Room H
- 1 Razor
- 1 Hair from sink

Room L - Plumbers Tape

Room E - 1 bag of multiple rolls of tape

Received By: (Signature)          Received From: No One Available to sign (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 266I-SD-70063

On (date) 12-08-2007

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Timothy Kalka
(Street Address) 4459 Montou Way
(City) San Diego

Description of Item(s): 1990 Chevy Van - 1 laptop and case - UCSD Statement/coundings

Received By: [Signature]                Received From: No one available to sign
              (Signature)                                (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 266I-SD-70063

On (date) 12/08/2007

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Timothy B. Kalka
(Street Address) 4459 Manitou Way
(City) San Diego CA

Description of Item(s): Found in Room B (kitchen)

Red/Black, Green, clear wires

[signature] 12/08/2007

Received By: SA Peter M Casey (Signature)   Received From: No One Available to Assign (Signature)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 2661-SD-70063

On (date) 12/05/2007

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) TIMOTHY BYRON KALKA
(Street Address) 4459 MANITOU WAY
(City) SAN DIEGO, CA

Description of Item(s):

1. ASICS RUNNING SHOE, RIGHT
1. PAIR NIKE RUNNING SHOES, RIGHT & LEFT
3. WIRE CLIPPER/PLIARS
2. AUDIO WIRES
1. HOME DEPOT BAG CONTAINING 1 APPROX 12" THREADED METAL PIPE & ASSORTED PLASTIC FITTINGS
1. HENRYS MARKETPLACE PLASTIC BAG
1. BEST BUY BAG CONTAINING 1 S-VIDEO SELECTOR SWITCH, 1 S-VIDEO CABLE, 1 MISC. CABLE W/ YELLOW PLUG, 1 EMPTY SIGNAL CONVERTER PACKAGING, 1 CIRCUIT CITY RECEIPT DATED 04/25/2004

Received By: (Signature)
Received From: (Signature)